IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 MAR 10 AM 10: 53
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| SHARPE INNOVATIONS, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-178-LY |
| | § | |
| BEST BUY CO., INC., | § | |
| DEFENDANT. | § | |

**ORDER CLOSING CASE**

Before the court is the above-styled and numbered cause. On February 18, 2020, Plaintiff Sharpe Innovations, Inc. filed a Notice of Voluntary Dismissal (Dkt. No. 9) pursuant to Rule 41(a)(1)(A)(i).

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of March, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE